PERRY v. BATES. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Alvan W. Perry against Benjamin L. M. Bates. No opinion. Motion for reargument denied. Leave to appeal to the

Court of Appeals granted. Order filed. See 106 N. Y. Supp. 1141.